417 A.2d 777

Commonwealth v. McIllwain, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The order and judgment of sentence of the lower court is hereby affirmed.